BEFORE THE SECOND DIVISION, JANUARY 25, 1966

**No. 69755.**—Transamerican Import Export, Inc., et al. *v.* United States, protests 61/19027–12405, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.

**No. 69756.**—John L. Westland & Son, Inc., a/c Banning Shirt Corporation *v.* United States, protest 63/21753 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.